

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2015

No. 04-15-00297-CV

Hetul **BHAKTA** DBA Budget Inn,
Appellant

v.

**TEXAS DEPARTMENT OF TRANSPORTATION** and Ballenger Construction Company, Inc.,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-04-15888-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED IN PART. The appellant's brief is due on July 24, 2015. Further requests for extension to file the brief are disfavored.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court